⇔21576-014⇔
Pedro Rivera
Federal Medical Center Devens
P.O.Box 879( I-Unit)
AYER, MA 01432
United States




⇔21576-014⇔
Abraham Ribicoff Federal
United States Court House
450 MAIN ST
Federal Building
Hartford, CT 06103
United States